In the Matter of the Application of TERENCE D. QUINN, Appellant, for a Peremptory Writ of Mandamus against BERNARD J. YORK et al., Composing the Board of Police Commissioners of the Police Department of the City of New York, Respondents.

*People ex rel. Quinn v. York,* 42 App. Div. 622, affirmed.
(Submitted June 8, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 23, 1899, affirming an order of Special Term denying an application for a peremptory writ of mandamus, directing the board of police commissioners of the city of New York to reinstate the relator in the position of patrolman in the fifth grade of the police force of said city.

*Thomas E. Rush* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Charles A. O'Neil* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.